ABRAHAM HOROWITZ, Respondent, v. BROOKLYN BUS CORPORATION, Appellant. — Judgment in favor of plaintiff in the sum of $7,280, entered on the verdict of a jury in an action for damages for personal injuries sustained in a collision of two automobiles. Judgment reversed on the law and the facts and a new trial granted, costs to abide the event, on the ground that the verdict is against the weight of evidence. Hagarty, Carswell, Davis and Johnston, JJ., concur; Lazansky, P. J., not voting.

In the Matter of the Application of GEORGIANNA V. HIGGINS, Appellant, for a Peremptory Order of Mandamus against BOARD OF EDUCATION RETIREMENT BOARD, Respondent.— Order denying application for a peremptory mandamus order unanimously affirmed, with costs, as a matter of law and not in the exercise of discretion. No opinion. Present — Hagarty, Davis, Johnston, Taylor and Close, JJ.

In the Matter of the Application of BENJAMIN R. HUDES to Have BERTRAND ETTINGER Substituted as Attorney for the Defendant in the Place and Stead of BENJAMIN R. HUDES in the Case of SAMUEL BECKER, Plaintiff, against EDWARD B. HITTLEMAN, Defendant. BENJAMIN R. HUDES, Respondent; EDWARD B. HITTLEMAN, Appellant.— Order of June 1, 1935, granting respondent's motion to be relieved as attorney upon terms and conditions to be determined upon receipt of the referee's report and referring the matter for the taking of proof as to the value of the attorney's fees, affirmed, with fifty dollars costs and disbursements. No opinion. Order of May 5, 1936, confirming the referee's report and fixing a lien in the sum of $200, in so far as appealed from, affirmed, with fifty dollars costs. No opinion. Order of June 12, 1936, resettling the order of May 5, 1936, and providing for a money judgment in the sum of $200, reversed on the law, without costs, and motion denied, without costs. In our opinion, it was beyond the power of the court to award a money judgment in this summary proceeding. Hagarty, Carswell, Davis, Adel and Taylor, JJ., concur.

In the Matter of the Application of MIRDAN REALTY Co., INC., for an Order of Mandamus against THOMAS P. FLANAGAN, as Superintendent of Buildings for the Borough of Brooklyn, City and State of New York. MIRDAN REALTY Co., INC., Appellant; THOMAS P. FLANAGAN, Respondent.— Application for a peremptory order of mandamus to compel the issuance of a certificate of occupancy by the superintendent of buildings, borough of Brooklyn. Order denying a peremptory mandamus order unanimously affirmed, with costs, as a matter of law and not in the exercise of discretion. No opinion. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

In the Matter of the Application of MICHAEL J. MURPHY, Appellant, for an Order of Certiorari against RANDALL CREMER and Others, Being the Mayor and Trustees of the Village of Pelham Manor, Westchester County, New York, and the Board of Police Commissioners of Said Village, and GERVAS H. KERR, Village Clerk, Respondents.— Order denying the petitioner's application for an order reinstating him in the police department of the village of Pelham Manor and dismissing certiorari proceeding unanimously affirmed, without costs. No opinion. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.